**Timothy Lee COLES, Plaintiff–Appellant,**

v.

**K. McNEELY, Inmate Hearing Officer, Buckingham Correctional Center; L.T. Edmonds, Warden of Buckingham Correctional Center (BKCC); G.K. Washington, Central Region Regional Director; L. Mickelson, Food Service Head Supervisor, Sussex II State Prison; L. Shaw, Correctional Institutional Rehabilitation Counselor, Sussex II State Prison; J. Harris, Unit Manager of Housing Unit 2, Sussex II State Prison; Rodriquez, Inmate Hearing Officer, Sussex II State Prison; D. Everett, Warden, Sussex II State Prison; V. Purman, Correctional Officer, Sussex II State Prison; V. Knight, Correctional Officer, Sussex II State Prison; S. Gray, Sgt., Sussex II State Prison; L. Thomas, Lt., Sussex II State Prison; A. David Robinson, Eastern Regional Director, Defendants–Appellees.**

No. 11–7197.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 30, 2012.

Decided: Feb. 14, 2012.

Timothy Lee Coles, Appellant pro se.

Before AGEE, DIAZ, and FLOYD,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Timothy Lee Coles appeals the district
court's order denying relief on his 42
U.S.C. § 1983 (2006) complaint. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the reasons
stated by the district court. *Coles v.
Mcneely*, No. 3:11–cv–00130–REP, 2011
WL 3703117 (E.D.Va. Aug. 23, 2011). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*